**Electronically Filed
Supreme Court
SCAD-20-0000403
21-DEC-2020
08:12 AM
Dkt. 118 OGDMR**

SCAD-20-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

EARLE A. PARTINGTON (HI Bar No. 1568),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0297)

ORDER
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Intermediate Court of Appeals Chief Judge Ginoza,
in place of Wilson, J., recused, and Intermediate Court of
Appeals Associate Judge Leonard, assigned by reason of vacancy)

Upon thorough consideration of the motion for reconsideration, timely filed by Respondent Earle Partington, and the record in this matter, and in ODC v. Partington, SCAD-11-162,

IT IS HEREBY ORDERED that Respondent Partington's motion for reconsideration is granted in part. The effective date of his suspension, pursuant to Rule 2.16 of the Rules of the Supreme Court of the State of Hawai'i, is extended to midnight on January 31, 2021.

IT IS FURTHER ORDERED that the motion for reconsideration is denied in all other respects.

DATED: Honolulu, Hawaiʻi, December 21, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Katherine G. Leonard